UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __7__

----------------------------------------

Rivas

-v-

Prisoner Transportation Svcs.

----------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-7237

JUDGE: KMW

DATE: DEC. 13, 2007

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** ------------------------------------------------

**DOCUMENT DESCRIPTION**                                                      DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **

** ALL OTHERS MISSING AT THIS TIME **

Doc's #1 and 2 Transferred out to USDC-WDMO

(✓) Original Record                                           (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 13th Day of December, 2007.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Rivas

-v-

PTS

U.S.C.A. # _____

U.S.D.C. # 07-cv-7237

JUDGE: KMW

DATE: DEC. 13, 2007

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                          Document Description

_____ BALANCE OF FILE MISSING AT THIS TIME _____

Documents 1 & 2 Have been transferred out to USDC-WDMO.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 13th Day of December In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
   Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-07237-KMW
### Internal Use Only

Rivas v. Prisoner Transportation Services (PTS) of America, L.L.C. et al
Assigned to: Judge Kimba M. Wood
Cause: 28:1332 Diversity-Other Contract

Date Filed: 08/14/2007
Date Terminated: 08/17/2007
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/14/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Jose Angel Rivas.(laq) (Entered: 08/17/2007) |
| 08/14/2007 | 2 | COMPLAINT against Prisoner Transportation Services (PTS) of America, L.L.C., Thor Catalogne, Carolyn Furges, Rick, Williams, Wilson, Other unknown PTS Drivers. Document filed by Jose Angel Rivas.(laq) (Entered: 08/17/2007) |
| 08/14/2007 |   | Magistrate Judge Andrew J. Peck is so designated. (laq) (Entered: 08/17/2007) |
| 08/14/2007 | 3 | TRANSFER ORDER,,,The Clerk of this court shall file and docket the complaint without payments of fees. Whether plaintiff should be permitted to proceed further without payment of fees or under the fee payment schedule set forth in the PLRA of 1995, a determination to be made by the transferee court. A summons shall not issue from this court. (Signed by Judge Kimba M. Wood on 8/14/7) (laq) (Entered: 08/17/2007) |
| 08/17/2007 |   | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States District Court - Western District of Missouri. Sent original file along with certified copy of docket entries and transfer order. Mailed via Federal Express AIRBILL # 8582 4870 1908 on 8/17/7. (laq) (Entered: 08/17/2007) |
| 08/29/2007 |   | Received a letter from the United States District Court - Western District of Missouri acknowleging receipt of the entire file and assigned Case Number: 07-3272-CV-S-DW-P. (rdz) (Entered: 08/29/2007) |
| 09/27/2007 | 4 | MOTION for Extension of Time to File a Notice of Appeal. Document filed by Jose Angel Rivas.(djc) (Entered: 10/16/2007) |
| 10/15/2007 | 5 | ORDER; granting 4 Motion for Extension of Time to File a Notice of Appeal and order his to file his notice of appeal within 10 days of the date of this Order. I certify pursuant to 28 U.S.C. section 1915(a)(3) that any appeals from this Order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 10/15/07) (pl) (Entered: 10/17/2007) |
| 11/14/2007 | 6 | NOTICE OF APPEAL from 3 Order, 5 Order on Motion for Extension of Time. Document filed by Jose Angel Rivas. (tp) (Entered: 12/12/2007) |
| 11/14/2007 |   | Appeal Remark as to 6 Notice of Appeal filed by Jose Angel Rivas. $455.00 APPEAL FEE DUE. IFP REVOKED 10/15/07. (tp) (Entered: 12/12/2007) |
| 12/12/2007 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 6 Notice of Appeal. (tp) (Entered: 12/12/2007) |
| 12/12/2007 |   | Transmission of Notice of Appeal to the District Judge re: 6 Notice of Appeal. (tp) (Entered: 12/12/2007) |